IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRI LYNN WALLS,<br><br>              Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>              Defendant. | Civil Action No. 14-254<br><br>Magistrate Judge Cynthia Reed Eddy |

## ORDER OF COURT

AND NOW, this 25th day of March, 2015, in accordance with the foregoing Memorandum Opinion,

IT IS HEREBY ORDERED that Plaintiff Terri Lynn Walls' Motion for Summary Judgment [8] is DENIED, Defendant's Motion for Summary Judgment [10] is GRANTED, and the decision of the Commissioner of Social Security is AFFIRMED pursuant to the fourth sentence of 42 U.S.C. §405(g).

By the Court:

*s/ Cynthia Reed Eddy*
Cynthia reed Eddy
United States Magistrate Judge

cc: all registered counsel via CM-ECF